1  MARINA C. TSATALIS, State Bar No. 178897
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 565-5100
   E-mail: mtsatalis@wsgr.com
5

6  Attorneys for Defendant
   PONY INTERNATIONAL, LLC
7

FILED
2008 JUL -7 PM 2:26
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KNH _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| RICHARD EDWARDS, | CASE NO. '08 CV 1206 H POR |
| Plaintiff, | NOTICE OF PARTY WITH FINANCIAL INTEREST |
| v. | [Local Rule 40.2 and Federal Rule of Civil Procedure 7.1] |
| PONY INTERNATIONAL, LLC; SYMPHONY HOLDINGS LIMITED, a Bermuda corporation, SHARP GAIN PROFITS, LTD., a Bermuda corporation; INFINITY ASSOCIATES, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 40.2 and Federal Rule of Civil Procedure 7.1(a), the undersigned, counsel of record for Defendant PONY INTERNATIONAL, LLC ("PONY"), hereby certifies as follows:

PONY does not have a parent corporation. There are no publicly-held companies that own 10% or more of PONY stock.

Dated: July 7, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _Marina C. Tsatalis_
    Marina C. Tsatalis

ORIGINAL

Attorneys for Defendant
PONY INTERNATIONAL, LLC

3396962_1.DOC

NOTICE OF PARTY WITH FINANCIAL INTEREST [LOCAL RULE 40.2 & FRCP 7.1(a)]