1  MARINA C. TSATALIS, State Bar No. 178897
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile:  (650) 565-5100
   E-mail: mtsatalis@wsgr.com
5

6  Attorneys for Defendant
   PONY INTERNATIONAL, LLC
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 RICHARD EDWARDS,                )  CASE NO. 08 CV 1206 H POR
                                   )
12              Plaintiff,          )
                                   )  **CERTIFICATE OF SERVICE**
13      v.                         )
                                   )
14 PONY INTERNATIONAL, LLC;        )
   SYMPHONY HOLDINGS LIMITED, a    )
15 Bermuda corporation, SHARP GAIN )
   PROFITS, LTD., a Bermuda corporation; )
16 INFINITY ASSOCIATES, LLC, a     )
   Delaware limited liability company; and )
17 DOES 1 through 50, inclusive,   )
                                   )
18              Defendants.         )
                                   )

19

20

21

22

23

24

25

26

27

28

3397576_1.DOC

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Jo Ann Hylton, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA [FEDERAL QUESTION]**

2. **NOTICE OF PARTY WITH FINANCIAL INTEREST [Local Rule 40.2 and Federal Rule of Civil Procedure 7.1]**

3. **CIVIL COVER SHEET**

☒ **BY OVERNIGHT COURIER:** I caused such envelope(s) to be delivered to a courier service for overnight delivery to the office(s) of the addressee(s) as shown below. Overnight mail placed by me within the office for collection by an overnight courier would normally be deposited with the overnight courier that day in the ordinary course of business. The envelope(s) bearing the address(es) below was sealed and placed for collection by the overnight courier service on the date below following our ordinary business practices.

> Paul M. Ostroff
> Lane Powell PC
> 601 SW Second Avenue, Suite 2100
> Portland, Oregon  97204-3158

☒ **BY FACSIMILE:** I caused a copy of such document(s) to be sent via facsimile transmission to the office(s) of the party(s) stated above and was transmitted without error.
> Paul M. Ostroff
> Lane Powell PC
> 601 SW Second Avenue, Suite 2100
> Portland, Oregon  97204-3158
> Facsimile: (503) 778-2200

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on July 7, 2008.

_____
Jo Ann Hylton

-2-
CERTIFICATE OF SERVICE

3397576_1.DOC