```
MARINA C. TSATALIS, State Bar No. 178897
MARVIN DUNSON III, State Bar No. 216068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
E-mail: mtsatalis@wsgr.com


Attorneys for Defendant
PONY INTERNATIONAL, LLC
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARDS,<br><br>        Plaintiff,<br><br>v.<br><br>PONY INTERNATIONAL, LLC;<br>SYMPHONY HOLDINGS LIMITED, a<br>Bermuda corporation, SHARP GAIN<br>PROFITS, LTD., a Bermuda corporation;<br>INFINITY ASSOCIATES, LLC, a<br>Delaware limited liability company; and<br>DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO: 08 CV 1206 H POR<br><br>**CERTIFICATE OF SERVICE**<br>**NON-ECF FILERS** |

I, Jo Ann Hylton, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

    **E-FILED—CERTIFICATE OF SERVICE**
    [re 7/7/08 Service of Removal Papers]

☒ **BY U.S. MAIL:** I am familiar with our business practices for collecting and processing of mail for the United States Postal Service. Mail placed by me within the office for collection for

CASE NO: 08 CV 1206 H POR

CERTIFICATE OF SERVICE—NON-ECF FILERS

1  the United States Postal Service would normally be deposited with the United States Postal
2  Services that day in the ordinary course of business. The envelope(s) bearing the address(es)
3  above was sealed and placed for collection and mailing on the date below following ordinary
4  business practices at Wilson Sonsini Goodrich & Rosati.

**Paul M. Ostroff**
**Lane Powell PC**
**601 SW Second Avenue, Suite 2100**
**Portland, Oregon  97204-3158**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on July 10, 2008.

_____
Jo Ann Hylton