```
 1  MARINA C. TSATALIS, State Bar No. 178897
    MARVIN DUNSON III, State Bar No. 216068
 2  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 3  650 Page Mill Road
    Palo Alto, CA 94304-1050
 4  Telephone: (650) 493-9300
    Facsimile:  (650) 565-5100
 5  E-mail: mtsatalis@wsgr.com
    E-mail: mdunson@wsgr.com
 6
    Attorneys for Defendant
 7  PONY INTERNATIONAL, LLC
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARDS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PONY INTERNATIONAL, LLC;<br>SYMPHONY HOLDINGS LIMITED, a<br>Bermuda corporation, SHARP GAIN<br>PROFITS, LTD., a Bermuda corporation;<br>INFINITY ASSOCIATES, LLC, a<br>Delaware limited liability company; and<br>DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 08 CV 1206 H POR<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Marvin Dunson III of the law firm Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, CA 94304-1050, telephone (650) 496-4344, E-mail: mdunson@wsgr.com, hereby enters an appearance as counsel in this case for Defendant Pony International, LLC, and for purposes of electronic case filing and notification in the above-captioned case.

I certify that I am admitted to practice in this Court.

/ / /

/ / /

/ / /

CASE NO. 08 CV 1206 H POR
NOTICE OF APPEARANCE

1  ADDITIONAL ATTORNEYS FOR DEFENDANT PONY INTERNATIONAL, LLC

2  <u>Lead Counsel</u>:

3  MARINA C. TSATALIS, State Bar No. 178897
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile: (650) 565-5100
   E-mail: mtsatalis@wsgr.com

7

8
   Dated: July 17, 2008                        WILSON SONSINI GOODRICH & ROSATI
9                                              Professional Corporation

10

11
                                               By:      /s/ Marvin Dunson III
12
                                               Attorneys for Defendant
13                                             PONY INTERNATIONAL, LLC

-2-                    CASE NO. 08 CV 1206 H POR
NOTICE OF APPEARANCE

# CERTIFICATE OF SERVICE

I, Jo Ann Hylton, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**NOTICE OF APPEARANCE [Marvin Dunson III]**

☒ **BY U.S. MAIL—NON-ECF FILER:** I am familiar with our business practices for collecting and processing of mail for the United States Postal Service. Mail placed by me within the office for collection for the United States Postal Service would normally be deposited with the United States Postal Services that day in the ordinary course of business. The envelope(s) bearing the address(es) above was/were sealed and placed for collection and mailing on the date below following our ordinary business practices.

**Paul M. Ostroff**
**Lane Powell PC**
**601 SW Second Avenue, Suite 2100**
**Portland, Oregon 97204-3158**

☒ **BY FACSIMILE—NON ECF FILER:** I caused a copy of such document(s) to be sent via facsimile transmission to the office(s) of the party(s) stated above and was transmitted without error.
**Paul M. Ostroff**
**Lane Powell PC**
**601 SW Second Avenue, Suite 2100**
**Portland, Oregon 97204-3158**
**Facsimile: (503) 778-2200**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on July 17, 2008.

_Jo Ann Hylton_

-3-     CASE NO. 08 CV 1206 H POR
NOTICE OF APPEARANCE