UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARDS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PONY INTERNATIONAL LLC; SYMPHONY HOLDINGS LIMITED, a Bermuda corporation; SHARP GAIN PROFITS LTD., a Bermuda corporation; INFINITY ASSOCIATES LLC, a Delaware limited liability company; DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Civil No.　08-cv-1206-H (POR)<br><br>**ORDER RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |

　　　On July 16, 2008, the Court issued an Order scheduling an Early Neutral Evaluation conference in this matter for August 20, 2008. On August 6, 2008, counsel for the parties jointly contacted chambers to request that the Early Neutral Evaluation conference be rescheduled. Marvin Dunson contacted chambers on behalf of Plaintiff, and Paul Ostroff contacted chambers on behalf of Defendants. The parties request that the Early Neutral Evaluation conference be rescheduled due to a conflict on Defendants' counsel's schedule. By joint request of the parties, IT IS HEREBY ORDERED, that the Early Neutral Evaluation conference scheduled for August 20, 2008, shall be rescheduled to **August 27, 2008** at **1:30 p.m.** The conference shall be held <u>telephonically</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall arrange and initiate the conference call.

　　　Counsel shall be prepared to discuss the claims and defenses in the case, and shall also be prepared to discuss the following matters during the conference:

1. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);
2. The scheduling of the Federal Rule of Civil Procedure 26(f) conference;
3. The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and,
4. The scheduling of a Settlement Conference with all counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement.

The Court will issue an order following the Early Neutral Evaluation Conference addressing these issues and setting dates as appropriate.

There are no briefs or statements required to be lodged or filed prior to the Early Neutral Evaluation conference.

**IT IS SO ORDERED.**

DATED: August 8, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable Marilyn L. Huff
      All parties