UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARDS,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PONY INTERNATIONAL LLC; SYMPHONY HOLDINGS LIMITED, a Bermuda corporation; SHARP GAIN PROFITS LTD., a Bermuda corporation; INFINITY ASSOCIATES LLC, a Delaware limited liability company; DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　　Defendant. | Civil No.　08-cv-1206-H (POR)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SCHEDULING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

　　　On August 27, 2008, the Court held an Early Neutral Evaluation. Appearing before the Court were Paul Ostroff, Esq., counsel for Plaintiff; as well as Marvin Dunson III, Esq., and Marina Tsatalis, counsel for Defendants. After consulting with counsel and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

　　　1.　The Rule 26(f) conference shall be completed on or before **September 23, 2008**.

　　　2.　A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter, on or before **October 3, 2008**. The Discovery Plan may be lodged via email to efile_porter@casd.uscourts.gov.

　　　3.　Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **October 10, 2008**.

///

4. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference shall be held on **October 17, 2008** at **9:30 a.m.** The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Defendant's counsel shall initiate and coordinate the call.

5. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.

6. Failure of any counsel or party to comply with this order may result in sanctions.

DATED: September 3, 2008

_Louisa Porter_
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable Marilyn L. Huff
      all parties